**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

MAURICE EUGENE HOLLOMAN,

    Plaintiff,

v.                                                      CASE NO. 5:12cv165-MP-GRJ

CAPTAIN SEARCY, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 7, 2012. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of plaintiff's timely filed objections. (Doc. 5).

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's motion for leave to proceed *in forma pauperis* (doc. 2) is DENIED.

    3.    This case is DISMISSED pursuant to 28 U.S.C. § 1915(g) because plaintiff has more than three strikes.

    **DONE and ORDERED** this 16th day of July, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**